**2009–1419. State v. Irvin.**
Ross App. No. 08CA3057, 2009-Ohio-3128. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2009–1493. State v. Gresham.**
Montgomery App. No. 22766, 2009-Ohio-3305. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held on Proposition of Law II for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2009–1588. State v. Marks.**
Ashtabula App. No. 2008–A–0048, 2009-Ohio-3790. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2009–1604. State v. Day.**
Adams App. Nos. 08CA865 and 08CA866, 2009-Ohio-3755. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held on Proposition of Law I for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2009–1716. State v. Irvin.**
Ross App. No. 08CA3056, 2009-Ohio-4181. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2009–1811. McGuire v. State.**
Richland App. No. 08 CA 227, 2009-Ohio-4397. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.